UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
January 28, 2020
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> DANIEL DEWITT WALKER <br><br> Defendant. | Case No. 2:20-mj-00016-KJN <br><br> **ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>DANIEL DEWITT WALKER</u> Case No. <u>2:20-mj-00016-KJN</u> Charges <u>18 USC § 1956(h)</u> from custody for the following reasons:

    X    Release on Personal Recognizance

           Bail Posted in the Sum of $ _____

           Unsecured Appearance Bond $ _____

           Appearance Bond with 10% Deposit

           Appearance Bond with Surety

           Corporate Surety Bail Bond

    X    (Other): <u>Defendant to return on 1/29/2020 at 2 PM before Judge Newman.</u>

Issued at Sacramento, California on January 28, 2020 at 2:00 PM

By: _/s/ Kendall J. Newman_

Magistrate Judge Kendall J. Newman